# Court of Appeals
# of the State of Georgia

ATLANTA,    August 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0474. MICHAEL DAVID DYER v. THE STATE.**

On June 25, 2014, Michael Dyer filed this application for discretionary appeal seeking review of the trial court's February 28, 2014 order dismissing his pro se motion to dismiss a guilty plea conviction.[1] We, however, lack jurisdiction to consider the application.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Dyer filed his application 117 days after entry of the order he seeks to appeal, we lack jurisdiction to consider his untimely application. Accordingly, this application is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*

---

[1] The application was originally filed in the Supreme Court, which transferred the case to us after finding no basis for jurisdiction in the Supreme Court.